IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR SENTENCE RELIEF |
| vs. | |
| ARMANDO GUTIERREZ-DOMINGUEZ, | Case No. 2:11-CR-9 TS |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Sentence Relief. For the reasons discussed below, the Court will deny Defendant's Motion.

## I. BACKGROUND

On January 4, 2011, Defendant was charged in a felony information with reentry of a previously removed alien, a violation of 8 U.S.C. § 1326. Defendant pleaded guilty and was sentence, on March 11, 2011, to a term of 41 months imprisonment. Petitioner did not pursue direct appeal, but rather filed the instant Motion on March 9, 2012.

## II. DISCUSSION

The Court's ability to amend a judgment, once imposed, is limited.  Defendant seeks to reduce his sentence pursuant to the Non-Violent Offender Relief Act of 2003.  However, the Non-Violent Offender Relief Act has not been passed by either house of Congress and 18 U.S.C. § 3624 has not been amended to include the language relied upon by Defendant in his Motion. Therefore, the Court must deny Defendant's request for relief.

## III. CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Sentence Relief (Docket No. 20) is DENIED.

DATED   April 5, 2012.

BY THE COURT:

_____

TED STEWART
United States District Judge